**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:           RogersRMR@yahoo.com

Attorneys for Plaintiff
**PATRICIA A. WILLIAMS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA A. WILLIAMS,**<br><br>            Plaintiff,<br><br>    v.<br><br>**STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT,**<br><br>            Defendant. | **Case No.:  2:16-CV-01135-WBS-CKD**<br><br>Case filed:            05/25/16<br>Trial date:             TBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON STATUS CONFERENCE**<br><br>Date:             09/26/16<br>Time:              1:30pm<br>Location:        Courtroom 5, 14th Floor |

The parties hereto stipulate to continue the Status Conference from September 26, 2016, to **October 24, 2016 at 1:30 p.m.**  The reason is that Plaintiff's counsel will be on vacation in Europe form August 30, 2016, to September 23, 2016.

The parties shall file a Joint Status Report no later than **October 11, 2016**.

Respectfully submitted,

Dated:_____6/22/2016_____   LAW OFFICE OF RICHARD M. ROGERS

By:_____/s/ Richard M. Rogers_____
RICHARD M. ROGERS
Attorney for Plaintiff

Dated:_____6/20/2016_____   STATE OF CALIFORNIA

By:_____/s/ Lauren E. Sible_____
LAUREN E. SIBLE
DEPUTY ATTORNEY GENERAL
Attorney for Defendant

IT IS HEREBY ORDERED.

DATED: JUNE 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE