XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER D. HALLORAN, State Bar No. 184025
Supervising Deputy Attorney General
LAUREN E. SIBLE, State Bar No. 273641
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8630
 Fax: (916) 324-5567
 E-mail: Lauren.Sible@doj.ca.gov
*Attorneys for Defendant California
Employment Development Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA A. WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT,**<br><br>Defendant. | 2:16-CV-01135-WBS-CKD<br><br>**STIPULATION**<br><br>Judge: The Honorable William B. Shubb<br>Trial Date: April 17, 2018<br>Action Filed: May 25, 2016 |

**Whereas**, this Court issued a pre-trial scheduling order on October 18, 2016,

**Whereas**, the parties, having diligently conducted discovery in this matter thus far, including: depositions of three of Defendant witnesses, which took place on February 14, 2017; the first day of Plaintiff's deposition, which took place on February 28, 2017; and written discovery,

**Whereas,** the parties intend to conduct additional discovery, including: the second day of Plaintiff's deposition (tentatively scheduled for May 24, 2017, pending receipt of Plaintiff's

remaining document production and availability of counsel); additional written discovery; and a mental examination of Plaintiff to evaluable her claim for emotional distress,

**Whereas**, the parties anticipate the need for additional time to complete necessary discovery and trial preparation in an orderly manner,

**IT IS STIPULATED AND AGREED**, by and between the undersigned and attorneys for the parties herein:

The Court is requested to adopt a new scheduling order, expending the following deadlines as follows:

Disclose experts and produce reports on or before August 31, 2017;

Disclose rebuttal expert and reports on or before September 31, 2017; and

All other discovery to be completed by October 31, 2017.

The order and directions of this Court contained in its Status (Pretrial Scheduling) Order dated October 18, 2016, otherwise remain in full force and effect.

Dated: April 18, 2017                        Respectfully submitted,

/s/___Richard M. Rogers_____
LAW OFFICE OF RICHARD M. ROGERS
RICHARD M. ROGERS
*Attorney for Plaintiff Patricia A. Williams*


Dated: April 18, 2017                        XAVIER BECERRA
Attorney General of California
PETER D. HALLORAN, Supervising Deputy
Attorney General

/s/___Lauren E. Sible_____
LAUREN E. SIBLE
Deputy Attorney General
*Attorneys for Defendant, California Employment Development Department*

SA2016102379
12649619.doc

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA A. WILLIAMS,** | 2:16-CV-01135-WBS-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT,** | |
| Defendant. | |

The Court, having considered the parties' stipulation seeking to extend the pre-trial schedule, approves the following schedule changes to extend the following dates as follows:

Disclose experts and produce reports on or before August 31, 2017;

Disclose rebuttal expert and reports on or before September 29, 2017; and

All other discovery to be completed by October 31, 2017.

The order and directions of this Court contained in its Status (Pretrial Scheduling) Order dated October 18, 2016, otherwise remain in full force and effect.

**IT IS SO ORDERED:**

**Dated: April 18, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE