**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:        RogersRMR@yahoo.com

Attorneys for Plaintiff
**PATRICIA A. WILLIAMS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. WILLIAMS, | **Case No.:  2:16-CV-01135-WBS-CKD** |
| Plaintiff, | Case filed:    05/25/16<br>Trial date:    04/17/18 |
| v. | |
| STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, | **STIPULATION TO RESCHEDULE EXPERT DISCLOSURE & ORDER** |
| Defendant. | |

The parties hereby stipulate to reschedule disclosure of experts to one month following the hearing on Defendant's motion for summary judgment.

                                                      Respectfully submitted,

Dated: 8/1/2017                                    LAW OFFICE OF RICHARD M. ROGERS

                                          By: /s/ *Richard M. Rogers*
                                                      RICHARD M. ROGERS
                                                      Attorney for Plaintiff

Dated: 8/1/2017                                    STATE OF CALIFORNIA

                                          By: /s/Lauren E. Sible
                                                      LAUREN E. SIBLE
                                                        DEPUTY ATTORNEY GENERAL
                                                        Attorney for Defendant

IT IS HEREBY ORDERED.

Dated: August 3, 2017

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE