UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PATRICIA A. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT,<br><br>　　　　　Defendant. | CIV. NO. 2:16-1135 WBS CKD<br><br>ORDER |

----oo0oo----

Before the court is defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication. (Docket No. 27.) In light of plaintiff's Notice of Non Opposition filed December 22, 2017 (Docket No. 29), the court will grant the Motion.

IT IS THEREFORE ORDERED that defendant's Motion for Summary Judgment be, and the same hereby is, GRANTED. The Clerk

1

of the Court is directed to enter judgment for defendant and close this case.

Dated: December 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE